UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYRONDA JAMES,<br>*Plaintiff,*<br><br>v.<br><br>RD AMERICA, LLC, *d/b/a* Restaurant Depot, JETRO HOLDINGS, LLC, *d/b/a* Restaurant Depot, RESTAURANT DEPOT, LLC, *d/b/a* Restaurant Depot,<br>*Defendants.* | No. 3:16-cv-1445 (VAB) |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
September 6, 2019
Robin D. Tabora, Clerk
By _____
Deputy Clerk

**VERDICT FORM**

## I. LIABILITY: HOSTILE WORK ENVIRONMENT CLAIM

1. Did Ms. James prove by a preponderance of the evidence that Restaurant Depot created or maintained a racially hostile work environment in violation of Title VII?

    Yes: _____     No: __X__

    *-If you answered "Yes," proceed to I.2*
    *-If you answered "No," proceed to III (Conclusion of Deliberations)*

2. Did Ms. James prove that those responsible for creating or maintaining a racially hostile work environment were supervisors with respect to her?

    Yes: _____     No: _____

    *-If you answered "Yes," proceed to I.2a (Supervisor Conduct)*
    *-If you answered "No," proceed to I.2b (Co-Worker Conduct)*

    a. **Supervisor Conduct**

    Did Restaurant Depot prove by a preponderance of the evidence that it is entitled to an affirmative defense on the question of liability?

    Yes: _____     No: _____

    *-If you answered "Yes," proceed to III (Conclusion of Deliberations)*
    *-If you answered "No," proceed to II (Damages)*

    b. **Co-Worker Conduct**

    Did Ms. James prove by a preponderance of the evidence that Restaurant Depot was negligent in permitting the conduct of co-workers to occur?

    Yes: _____     No: _____

    *-If you answered "Yes," proceed to II (Damages)*
    *-If you answered "No," proceed to III (Conclusion of Deliberations)*

## II. DAMAGES

1. **Compensatory Damages**

    What amount of compensatory damages, if any, do you award Ms. James?

    Compensatory Damages:    $ _____

    *-If you do not award compensatory damages, proceed to II.2 (Nominal Damages)*
    *-If you award compensatory damages, proceed to II.3 (Punitive Damages)*

2. **Nominal Damages**

    If you did not award Ms. James any compensatory damages, do you award Ms. James $1 in nominal damages?

    Yes: _____    No: _____

    *-Regardless of your answer to II.B, proceed to II.C (Punitive Damages)*

3. **Punitive Damages**

    a. Do you find that awarding punitive damages to Ms. James is appropriate?

    Yes: _____    No: _____

    *-If you answered "No," proceed to III (Conclusion of Deliberations)*
    *-If you answered "Yes," proceed to II.3.b:*

    b. If you answered "Yes" to II.3.a, what amount of punitive damages, if any, do you award Ms. James?

    Punitive Damages:    $ _____

## III. CONCLUSION OF DELIBERATIONS

Thank you. Your deliberations are now complete. Your jury foreperson should note the date and time below and sign in the space provided. You should notify the Marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.

9-6-19        12:00 a.m./p.m.        /s/ _____
Date          Time                   Signature of Foreperson