# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

TYRONDA JAMES
    Plaintiff,

V.                                          Civil Number 3:16cv01445(VAB)

RD AMERICA, LLC., JETRO HOLDINGS, LLC.,
RESTAURANT DEPOT, LLC.
    Defendants.

## **JUDGMENT**

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On September 6, 2019, after deliberation, the jury returned a verdict in favor of the defendants RD America, LLC., Jetro Holdings, LLC. and Restaurant Depot, LLC., against plaintiff, Tyronda James. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants RD America, LLC., Jetro Holdings, LLC. and Restaurant Depot, LLC. and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of September, 2019.

                                                ROBIN D. TABORA, CLERK
                                                By:/s/ Jazmin Perez
                                                Jazmin Perez
                                                Deputy Clerk

EOD:    9/11/2019